IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MITCHELL P. NORDMEYER,<br><br>　　　　　　Defendant. | 8:20-CR-41<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on the Government's Motion to Dismiss, Filing 56, seeking dismissal of the Petition for Warrant or Summons for Offender Under Supervision, Filing 51. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 56, is granted, and the Petition for Warrant or Summons for Offender Under Supervision, Filing 51, is dismissed.

Dated this 18th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge